IN THE DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELISE POOLE and JACKIE BUNTGEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LINCOLN, LANCASTER COUNTY, LINCOLN POLICE CHIEF JEFFREY BLIEMEISTER, LANCASTER COUNTY SHERIFF TERRY WAGNER, and OFFICERS JANE OR JOHN DOES, 1-21, in their individual capacities as employees of Lancaster County and/or the City of Lincoln.<br><br>Defendants. | Case No. 21-CV-3030<br><br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

COME NOW the parties, and hereby jointly move the Court for an order dismissing the above-captioned case with prejudice, with each party to pay their own costs and attorneys' fees.

WHEREFORE the parties respectfully request the Court enter an order dismissing this case with prejudice, each party to bear its own costs and fees.

Dated this 27th day of April, 2022.

                                                        Elise Poole and Jackie Buntgen, PLAINTIFFS.

BY:    */s/ Daniel J. Gutman*
        Daniel J. Gutman
        Law Office of Daniel Gutman
        300 South 19th Street, Suite 312
        Omaha, Nebraska 68102
        (402) 319-8897
        daniel@gutmanllc.com

and

    */s/ Rose Godinez*
Rose Godinez, #25925
ACLU of Nebraska
134 S. 13st St. #1000
Lincoln, NE 68508
(402) 476-8091
rgodinez@aclunebraska.org
ATTORNEYS FOR PLAINTIFFS


CITY OF LINCOLN, JEFFREY BLIEMEISTER, and CITY OF LINCOLN OFFICERS JANE DOE AND JOHN DOE, in their individual capacities, Defendants

YOHANCE L. CHRISTIE, City Attorney
ABIGAIL F. LITTRELL, Assistant City Attorney
DANIELLE ROWLEY, Assistant City Attorney
TYLER K. SPAHN, Assistant City Attorney

By:   */s/ Tyler K. Spahn*
ABIGAIL F. LITTRELL, #24423
DANIELLE ROWLEY, #25505
TYLER K. SPAHN, #25308
City of Lincoln Law Department
555 South 10th Street, Suite 300
Lincoln, NE 68508
402-441-7281
alittrell@lincoln.ne.gov
drowley@lincoln.ne.gov
tspahn@lincoln.ne.gov

        Lancaster County, Nebraska & Lancaster County Sheriff Terry Wagner, Defendants,

By:   */s/ Daniel J. Zieg*
      Daniel J. Zieg, #24742
      Eric W. Synowicki, #26403
      Lancaster County Attorney's Office
      575 S. 10th Street
      Lincoln, NE 68508
      402-441-7321
      dzieg@lancaster.ne.gov
      esynowicki@lancaster.ne.gov