IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELISE POOLE, and JACKIE BUNTGEN, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LINCOLN, LANCASTER COUNTY, JEFF BLIEMEISTER, Lincoln Police Chief; TERRY WAGNER, Lancaster County Sheriff; and OFFICERS JANE OR JOHN DOES, 1-21, in their individual capacities as employees of Lancaster County and/or the City of Lincoln; <br><br> Defendants. | 4:21CV3030 <br><br> **JUDGMENT OF DISMISSAL** |

Pursuant to the parties' joint stipulation for dismissal of this case, (Filing No. 99)

IT IS ORDERED, ADJUDGED AND DECREED that the claims between Plaintiffs and Defendants are dismissed with prejudice, the parties to pay their own costs and attorney fees.

Dated this 27th day of April, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge